ANDREW VAN ORNUM, Bar No. 214040
NICHOLAS A. MERRELL, Bar No. 240795
JOSHUA R. HENDRICKSON, Bar No. 282180
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001
avanornu@wthf.com
nmerrell@wthf.com
jhendric@wthf.com

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, a California community college district,<br><br>Defendant. | Case No. 3:12-cv-05943-JSC<br><br>**STIPULATION TO MOVE HEARING TO JANUARY 31, 2013;** ~~PROPOSED~~ **ORDER**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Date: January 24, 2013<br>Time: 9:00 a.m.<br>Ctrm.: 9<br><br>Trial Date: None Set |

The parties, by and through their respective counsel, Watt, Tieder, Hoffar & Fitzgerald, L.L.P. for Plaintiff First National Insurance Company of America ("First National") and Wulfsberg Reese Colvig and Firstman, P.C., for Defendants Peralta Community College District ("Peralta"), have stipulated to and request the Court continue the hearing on Peralta's Motion to Dismiss, which is currently on calendar on January 24, 2013, to January 31, 2013 at 9:00 a.m.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: January 16, 2013 | **WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.** |

By:  /s/ Andrew Van Ornum
    Andrew Van Ornum
    Nicholas A. Merrell
    Joshua R. Hendrickson
    Attorneys for Plaintiff
    FIRST NATIONAL INSURANCE COMPANY
    OF AMERICA

| | |
|---|---|
| Dated: January 16, 2013 | **WULFSBERG REESE COLVIG & FIRSTMAN** |

By: /s/ Eric J. Firstman
    Eric J. Firstman
    Deirdre Joan Cox
    Attorneys for Defendant PERALTA
    COMMUNITY COLLEGE DISTRICT

Based upon the stipulation of the parties and for good cause shown, the Court hereby continues the hearing on Defendant's motion to dismiss to January 31, 2013 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 17, 2013

_Jacqueline S. Corley_
HON. JACQUELINE SCOTT CORLEY