1  ANDREW VAN ORNUM, Bar No. 214040
   NICHOLAS A. MERRELL, Bar No. 240795
2  JOSHUA R. HENDRICKSON, Bar No. 282180
   WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
3  333 Bush Street, Suite 1500
   San Francisco, CA  94104
4  Telephone:     415-623-7000
   Facsimile:     415-623-7001
5  avanornu@wthf.com
   nmerrell@wthf.com
6  jhendric@wthf.com

7  Attorneys for Plaintiff
   FIRST NATIONAL INSURANCE
8  COMPANY OF AMERICA

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

| 12 | FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation, | Case No.  3:12-cv-05943-JSC |
|---|---|---|
| 13 14 | Plaintiff, | **STIPULATION TO MOVE HEARING TO JANUARY 31, 2013;** ~~PROPOSED ORDER~~ |
| 15 | v. | Judge:  Hon. Jacqueline Scott Corley |
| 16 17 | PERALTA COMMUNITY COLLEGE DISTRICT, a California community college district, | Date:   January 24, 2013<br>Time:  9:00 a.m.<br>Ctrm.: 9 |
| 18 | Defendant. | Trial Date:     None Set |

19

20

21        The parties, by and through their respective counsel, Watt, Tieder, Hoffar & Fitzgerald,

22  L.L.P. for Plaintiff First National Insurance Company of America ("First National") and

23  Wulfsberg Reese Colvig and Firstman, P.C., for Defendants Peralta Community College District

24  ("Peralta"), have stipulated to and request the Court continue the hearing on Peralta's Motion to

25  Dismiss, which is currently on calendar on January 24, 2013, to January 31, 2013 at 9:00 a.m.

26        **IT IS SO STIPULATED.**

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

1   Dated: January 16, 2013                          **WATT, TIEDER, HOFFAR &**
2                                                     **FITZGERALD, L.L.P.**

3

4                                         By:   /s/ Andrew Van Ornum
                                              Andrew Van Ornum
5                                             Nicholas A. Merrell
                                              Joshua R. Hendrickson
6                                             Attorneys for Plaintiff
                                              FIRST NATIONAL INSURANCE COMPANY
7                                             OF AMERICA

8   Dated: January 16, 2013                  **WULFSBERG REESE COLVIG & FIRSTMAN**

9

10                                        By: /s/ Eric J. Firstman
                                              Eric J. Firstman
11                                            Deirdre Joan Cox
                                              Attorneys for Defendant PERALTA
12                                            COMMUNITY COLLEGE DISTRICT

13         Based upon the stipulation of the parties and for good cause shown, the Court hereby

14   continues the hearing on Defendant's motion to dismiss to January 31, 2013 at 9:00 a.m.

15   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16   Dated:   January 17, 2013

17                                        _____
                                          HON. JACQUELINE SCOTT CORLEY
18

19

20

21

22

23

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO MOVE HEARING TO JANUARY 31, 2013; PROPOSED ORDER