IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT,<br><br>Defendant. | Case No.: 12-cv-5943 JSC<br><br>**ORDER RE: CASE MANAGEMENT DEADLINES** |

Following the Case Management Conference held on March 13, 2013, the Court adopted the discovery schedule proposed by the parties and set forth the following case management schedule.

**I.     CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Party production of documents complete by: | September 13, 2013 |
| Fact discovery closes: | November 15, 2013 |
| Expert disclosures exchanged: | December 13, 2013 |
| Expert discovery closes: | January 31, 2014 |

The parties are referred to the Court's ADR unit to participate in a court sponsored mediation session in late June 2013 or July 2013.

1   The parties shall appear for a further Case Management Conference on August 29,
2  2013, at 1:30 p.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San
3  Francisco, California. Counsel may contact Court Call at 1-888-882-6878 to make
4  arrangements to appear by telephone.
5   **IT IS SO ORDERED.**
6  Dated: March 13, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE